UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARWANA MUNSIF,<br><br>Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>Defendant. | Case No. 25-cv-04192-SK<br><br>**REMAND ORDER**<br><br>Regarding Docket No. 8 |

Defendant removed this matter from the Superior Court of the State of California for the County of Alameda on May 15, 2025. (Dkt. No. 1.) Plaintiff filed a motion to remand on June 12, 2025. (Dkt. No. 8.) On July 1, Defendant filed a "stipulation" to remand. (Dkt. No. 16.) Accordingly, the Court hereby REMANDS this case to the Superior Court of the State of California for the County of Alameda for further proceedings.

**IT IS SO ORDERED**.

Dated: July 2, 2025



SALLIE KIM
United States Magistrate Judge